**No. 41781.**—Protest 602823–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained as to these items. Articles in chief value of compounds of cellulose were held dutiable at 60 percent under paragraph 31 as claimed. Abstract 37230 followed.

**No. 41782.**—Protest 572443–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41783.**—Protest 259507–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41784.**—Protest 254976–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consist of Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

BEFORE THE THIRD DIVISION, JULY 5, 1939

**No. 41785.**—Protests 760372–G(H), etc., of Paolo Alonge & Bro. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible covering on the outside.